**Order entered February 19, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00776-CV

## IN THE INTEREST OF O.J.O. AND E.J.O., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-23995**

## ORDER

We **REINSTATE** this appeal.

By order dated February 10, 2020, we ordered the trial court to conduct a hearing to determine why the reporter's record had not been filed, make written findings, and ordered Court Reporter Cheryl Dixon not sit as a reporter until the reporter's record was filed. The reporter's record was tendered to this Court on February 18, 2020. We **ORDER** the reporter's record filed as of the date of this order.

Before the Court is the February 18, 2020 letter of Janet Saavedra, Official Court Reporter for the 254th Judicial District Court. She informs the Court that the hearing ordered by this Court is scheduled for February 20th. Because the reporter's record has now been filed, Ms. Saavedra asserts the hearing is no longer necessary. In light of these circumstances, we **VACATE** this Court's February 10th order.

The record is now complete.  Appellant shall file her brief on the merits **WITHIN THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Ashley Wysocki, Presiding Judge of the 254th Judicial District Court; Dallas County District Clerk Felicia Pitre; Ms. Saavedra; Ms. Dixon; the Dallas County Auditor; and, the parties.

/s/      KEN MOLBERG
JUSTICE